150 A.3d 404

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WILLIAM STOVALL, DEFENDANT–PETITIONER.

Filed July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001162–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.